IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIKA L. MAYALL, | |
| --- | --- |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 17-4146 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 22nd day of January, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 16), Defendant's Response (ECF No. 17), Plaintiff's Reply (ECF No. 20), Chief Magistrate Judge Caracappa's Report and Recommendation (ECF No. 23), Petitioner's Objections (ECF No. 26), Defendant's Response (ECF No. 28) and the Administrative Record (ECF No. 11), it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;
2. Magistrate Judge Caracappa's Report and Recommendation is **APPROVED** and **ADOPTED**;
3. Plaintiff's request for review is **DENIED**;
4. The Commissioner of Social Security's decision is **AFFIRMED**; and
5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J